*Suffolk Superior Civil # 04-0880*

**Schwartz Hannum PC**
11 Chestnut Street
Andover, Massachusetts 01810
(978) 623-0900
William E. Hannum III (BBO #643155)
Shelley A. Costantino (BBO #640651)

*U.S. DST #*
*04-CV-10591 RWZ*

Attorneys for Defendant

---

| | |
|---|---|
| **OPHELIA CARRARA,** | SUPERIOR COURT DEPARTMENT OF THE COMMONWEALTH OF MASSACHUSETTS |
| Plaintiff, | |
| vs. | Docket No. 04-0880 |
| **DANSKIN, INC.,** | **NOTICE OF FILING OF NOTICE OF REMOVAL** |
| Defendant. | |

TO:  Clerk of the Court
     Suffolk County Superior Court

PLEASE TAKE NOTICE that Defendant Danskin, Inc. has filed a Notice of Removal of this action, a copy of which is attached, in the United States District Court for the District of Massachusetts.

Dated: March 25, 2004

**SCHWARTZ HANNUM PC**
Attorneys for Defendant Danskin, Inc.

By: *William E. Hannum III*
William E. Hannum III (BBO #643155)
Shelley A. Costantino (BBO #640651)
11 Chestnut Street
Andover, MA 01810
(978) 623-0900

I HEREBY ATTEST AND CERTIFY ON
MARCH 30, 2004, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: *[signature]*

ASSISTANT CLERK.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by overnight mail on this 25th day of March, 2004.

*Shelley A. Cox*
Shelley A. Costantino