# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OPHELIA CARRARA, <br><br> Plaintiff, <br><br> vs. <br><br> DANSKIN, INC., <br><br> Defendant. | U.S.D.C. No. 04-10591-RWZ <br><br> Hon. Judge Rya W. Zobel <br><br> **STIPULATION OF DISMISSAL** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Ophelia Carrara by and through her counsel, Dow and Lewis, P.C and Defendant, Danskin, Inc. by and through counsel, Schwartz Hannum PC, hereby stipulate that Plaintiff's Complaint is dismissed with prejudice in its entirety, with each party bearing its own costs, and waiving all rights of appeal.

Dated: May 10, 2004

Respectfully submitted,

John N. Lewis
Andrea C. Dow
DOW & LEWIS, P.C.
21 Merchants Row
Boston, MA 02109
(617) 523-0777

ATTORNEY FOR PLAINTIFF

William E. Hannum III (BBO #643155)
Shelley A. Costantino (BBO #640651)
SCHWARTZ HANNUM PC
11 Chestnut Street
Andover, MA 01810
(978) 623-0900

ATTORNEY FOR DEFENDANT